FILED
18 DEC 21 PM 4:37
CLERK U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY: ___ DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

April 2018 Grand Jury

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>GERSON ESAU ESCOBAR-RODRIGUEZ,<br><br>    Defendant. | Case No. 18 CR 5564 AJB<br><br>I N D I C T M E N T<br><br>Title 8, U.S.C., Sec. 1325(a)(2) - Improper Entry by an Alien (Misdemeanor);<br>Title 8, U.S.C., Sec. 1326(a)- Attempted Reentry of Removed Alien |

The grand jury charges:

Count 1

On or about December 4, 2018, within the Southern District of California, defendant GERSON ESAU ESCOBAR-RODRIGUEZ, an alien did knowingly elude examination and inspection by Immigration Officers; in violation of Title 8, United States Code, Section 1325 (a)(2), a misdemeanor.

//
//
//
//
//
//

SLE:cms:San Diego:12/21/18

Count 2

On or about December 4, 2018, within the Southern District of California, defendant GERSON ESAU ESCOBAR-RODRIGUEZ,, an alien, knowingly and intentionally attempted to enter the United States of America with the purpose, i.e., conscious desire, to enter the United States without the express consent of the Attorney General of the United States or her designated successor, the Secretary of the Department of Homeland Security, after having been previously excluded, deported and removed from the United States to Mexico, and not having obtained said express consent to reapply for admission thereto; and committed an overt act to wit, crossing the border from Mexico into the United States, that was a substantial step toward committing the offense, all in violation of Title 8, United States Code, Section 1326(a).

DATED: December 21, 2018.

A TRUE BILL:

*DRA* (signature)
Foreperson

ADAM L. BRAVERMAN
United States Attorney

By: (signature)
STEVEN LEE
Special Asst. U.S. Attorney