# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, <br> Plaintiff, <br> v. <br> GERSON ESAU ESCOBAR-RODRIGUEZ, <br> Defendant. | Case No. 3:18-cr-05564-AJB <br><br> **ORDER GRANTING MOTION FOR BAIL FORFEITURE AND JUDGMENT ON DEFAULT** <br><br> (Doc. No. 22) |

Defendant GERSON ESAU ESCOBAR-RODRIGUEZ breached the conditions of pretrial release by (1) failing to report to U.S. Pretrial Services, and (2) failing to reside with Third-Party Custodian, as ordered. Therefore, the bail in the above matter is forfeited.

A motion for judgment of default having been made by the United States, pursuant to Rule 46(f) of the Federal Rules of Criminal Procedure,

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that the plaintiff UNITED STATES OF AMERICA does have and can recover from defendant, GERSON ESAU ESCOBAR-RODRIGUEZ, judgment in the sum of $500.00, to include the $500 cash security deposited with the Court. Judgment is to accrue interest at the current legal rate, compounded annually, until paid in full.

IT IS SO ORDERED.

Dated: January 18, 2019

Hon. Anthony J. Battaglia
United States District Judge